

fisherphillips.com

**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ 07974

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1064

**Writer's E-mail:**
swieseltheir@fisherphillips.com

July 10, 2024

***VIA ELECTRONIC FILING***

Hon. John George Koeltl, District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/15/24

Re:  *Elliot Glassman v. WSP USA Inc.*
      Case No. 1:24-cv-04667

Dear Judge Koeltl:

This firm represents Defendant WSP USA Inc. in the above referenced matter. Please accept this letter-motion requesting a 30-day extension of Defendant's time to answer, move, or otherwise respond to Plaintiff Elliot Glassman's Complaint.

Defendant's response to Plaintiff's Complaint is due by July 15, 2024. Defendant has not sought or obtained any prior extensions of this deadline. Plaintiff's counsel, Greg Mansell, Esq., has graciously consented to Defendant's requested extension. If granted, Defendant's deadline to answer, move, or otherwise response to the Complaint would be August 14, 2024. The requested extension does not affect any other scheduled dates in this matter.

Thank you for Your Honor's consideration and attention to this matter.

Respectfully submitted,

Sarah Wieselthier
Partner
For FISHER & PHILLIPS LLP

cc: Greg Mansell, Esq. (via electronic filing only)

SW:ba

**Fisher & Phillips LLP**
Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

FP 51527468.1