```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
ELLIOT GLASSMAN,

                    Plaintiff,           24-cv-4667 (JGK)

        - against -                      ORDER

WSP USA INC.,

                    Defendant.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Rule 26(f) report by **August 30, 2024.**

**SO ORDERED.**

**Dated:    New York, New York**
          **August 15, 2024**

                                            /s/ John G. Koeltl
                                                **John G. Koeltl**
                                      **United States District Judge**