UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ELLIOT GLASSMAN,

                Plaintiff(s)

                                                                                                     24 civ 4667 (JGK)

      -against-

WSP USA, INC.,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

The matter currently in mediation and a scheduling order having been entered,

The conference scheduled for Tuesday, October 1, 2024, at 4:00pm is canceled.

**SO ORDERED.**

                                                                         **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 24, 2024